IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>    Plaintiffs,<br><br> v.<br><br>CAPITOL PLUMBING SYSTEMS, INC., an Illinois corporation, and CAPITOL PLUMBING, INC.,<br><br>    Defendant. | ) ) ) ) ) No. 08 C 1498 ) ) Judge Darrah ) ) ) Magistrate Judge Valdez ) ) ) ) ) ) ) |

**NOTICE OF MOTION**

**TO:** CAPITOL PLUMBING SYTEMS, INC.  CAPITOL PLUMBING, INC.
   C/O ITS REGISTERED AGENT,     C/O ITS REGISTERED AGENT,
   JEAN M. MITCHELL          TOM A. MITCHELL
   764 SOJOURN ROAD         764 SOJOURN ROAD
   NEW LENOX, ILLINOIS 60451     NEW LENOX, ILLINOIS 60451

**PLEASE TAKE NOTICE** that on **May 22, 2008 at 9:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah**, in the Courtroom **1203** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

                   BOARD OF TRUSTEES OF THE LOCAL
                   UNION NO. 422, U.A. OF JOLIET,
                   ILLINOIS PENSION FUND, et. al.


                   s/ Donald D. Schwartz
                   One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 12, 2008

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 12th day of May 2008, at or before the hour of 5:00 p.m.

CAPITOL PLUMBING SYTEMS, INC.  CAPITOL PLUMBING, INC.
C/O ITS REGISTERED AGENT,       C/O ITS REGISTERED AGENT,
JEAN M. MITCHELL                TOM A. MITCHELL
764 SOJOURN ROAD                764 SOJOURN ROAD
NEW LENOX, ILLINOIS 60451       NEW LENOX, ILLINOIS 60451

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 12, 2008