Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1498 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Trustees vs. Capitol Plumbing, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for an order of default and audit is granted [8]. Enter Order. Status hearing set for 8/21/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|