IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, )
ILLINOIS PENSION FUND AND )
BOARD OF TRUSTEES OF THE LOCAL )
UNION NO. 422 U.A. OF JOLIET, ) No. 08 C 1498
ILLINOIS WELFARE FUND, )
                                ) Judge Darrah
            Plaintiffs, )
                                ) Magistrate Judge Valdez
v. )
                                )
CAPITOL PLUMBING SYSTEMS, INC., )
an Illinois corporation, and CAPITOL )
PLUMBING, INC., )
                                )
            Defendant. )

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

    A.    The Complaint was filed herein on March 13, 2008.

    B.    Process has been served upon Defendants, CAPITOL PLUMBING SYSTEMS, INC. and CAPITOL PLUMBING, INC.

    C.    Defendants have filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

    1.    Defendants, CAPITOL PLUMBING SYSTEMS, INC. and CAPITOL PLUMBING, INC are hereby defaulted and Judgment as to liability is entered against them and in favor of Plaintiffs.

    2.    Defendants are ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from January 1, 2006 through the present.

3. Defendants are ordered to produce the following records beginning as of January 1, 2006 through the present for examination by Plaintiffs' auditor:

A. All cash disbursement journals;

B. All individual payroll records;

C. All time records which are the basis of the above-mentioned individual payroll records;

D. All State unemployment tax returns as requested by the Trustees;

E. All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED: May 22, 2008

ENTER: _____
HONORABLE JUDGE DARRAH

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415