UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF LOCAL 422

v.

CAPITOL PLUMBING SYSTEMS, INC

Case # 08 C 1498

### AFFIDAVIT OF SPECIAL PROCESS SERVER

BERNARD BONNEM, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within ORDER

   on the within named CAPITOL PLUMBING SYSTEMS, INC. C/O ITS REGISTERED AGENT, JEAN M. MITCHELL

   by personally serving a copy to the individual on

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex F  race W  approximate age 45  other BLONDE HAIR

   That the place where and the date and time when the above document was served upon the person were as follows:

   place 764 SOJOURN ROAD, NEW LENOX, IL 60451
   date 6-24-08    time 6:40 P.M.

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_Bernard Bonnem_
Special Process Server